IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY MARTIN                                                                                                    PLAINTIFF

VS.                                       CASE NO. 4:06-CV-4059

PHILLIP RUSSELL, Individually and
in his Official capacity as City of Hope
Police Department Officer, KIM TOMLIN,
Individually and in her official Capacity as
City of Hope Police Department Officer,
TATE BOOKER, Individually and in his
official Capacity as City of Hope Police
Department Officer, SANDRA SUNBURG,
Individually and in her official Capacity as
City of Hope Police Department Officer,
PETE ANZLONE, Individually and in his
official Capacity as City of Hope Police
Department Officer, and The CITY OF HOPE,
ARKANSAS                                                                                                   DEFENDANTS

## ORDER

Plaintiff Jerry Martin brings this lawsuit against Defendants Phillip Russell, Kim Tomlin, Tate Booker, Sandra Sunburg, Pete Anzlone and the City of Hope, Arkansas (collectively, "Defendants") pursuant to 42 U.S.C. § 1983, alleging that Defendants violated his constitutional rights under color of law. Before the Court is Defendants' Motion for Summary Judgment. (Doc. 17). Plaintiff Jerry Martin has responded in opposition. (Doc. 24). Defendants filed a reply to Plaintiff's response. (Doc. 31).

For reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. Defendants' motion is **DENIED** to the extent that it seeks dismissal of Plaintiff's claims of unlawful arrest for alleged violations of Orders of Protection and failure to investigate related thereto.

Defendants' motion is **GRANTED** to the extent that it seeks dismissal of all other claims advanced by Plaintiff. Aside from Plaintiff's claims related to his alleged unlawful arrests and to Defendants' failure to investigate, Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

Finally, the Court is satisfied that Defendants are not entitled to qualified immunity. Plaintiff's claims related to his unlawful arrest for alleged violations of Orders of Protection and to Defendants' failure to investigate proceed to trial by jury.

**IT IS SO ORDERED**, this 14th day of July, 2008.

                                           /s/Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge